**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHISN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 14210 |
| Lance E. Washington, Sr, ) | HON.  DAVID D. CLEARY |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| ) | |

**NOTICE OF HEARING AND OBJECTION TO CLAIM 2-1**

To:   Trustee Marilyn O Marshall, 224 S. Michigan Ave. Suite 800, Chicago, IL 60604;

David M Katinsky, Chief, CTS-Northern, Tax Division, (DOJ) P.O. Box 55, Ben Franklin Station, Washington, DC 20044;

Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346;

United States Attorney, Civil Process Clerk, 219 S. Dearborn Street, Room 500, Chicago, IL 60604;

Internal Revenue Service, Mail Stop 5014CHI, 230 S. Dearborn Street, Room 2600, Chicago, IL 60604;

Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346;

Associate Area Counsel, SB/SE, 200 West Adams Street, Suite 2300, Chicago, IL 60606;

Please take notice that on September 21, 2020 at 1:30 p.m., I shall appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present the attached objection to claim, a copy of which is attached.

**This motion will be presented and heard telephonically.**  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC.  You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **PROOF OF SERVICE**

The undersigned, an attorney, certifies that he sent this notice and the attached motion on August 17, 2020:

    David M Katinsky, Chief, CTS-Northern, Tax Division, (DOJ) P.O. Box 55, Ben Franklin Station, Washington, DC 20044;

    Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346;

    United States Attorney, Civil Process Clerk, 219 S. Dearborn Street, Room 500, Chicago, IL 60604;

    Internal Revenue Service, Mail Stop 5014CHI, 230 S. Dearborn Street, Room 2600, Chicago, IL 60604;

    Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346;

    Associate Area Counsel, SB/SE, 200 West Adams Street, Suite 2300, Chicago, IL 60606;

The Chapter 13 Trustee listed above via electronic notice; and the following parties via Regular U.S. Mail:

With postage prepaid from the mail box located at 20 S. Clark Street 28th Floor, Chicago, IL 60603.

/s/ *Aaron Weinberg*
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHISN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 14210 |
| Lance E. Washington, Sr, ) | HON.  DAVID D. CLEARY |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| ) | |

### OBJECTION TO CLAIM 2-1

NOW COMES Lance E. Washington, Sr, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to enter an Order regarding Claim 2-1; Debtor states the following:

1. That on July 20, 2020, the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. That this case has not yet been confirmed by this Honorable Court.

3. That on July 24, 2020, the Internal Revenue Service (IRS) filed a Proof of Claim, Claim 2-1, in the total amount of $7,719.38 for Federal Income Tax liabilities. The claim allocates $7,719.38 as priority debt.  Please see Exhibit A for Proof of Claim.

4. Pursuant to Claim 2-1, Debtor owes $7,719.38 for 2018 Federal Income Tax liabilities which includes interest to petition date; said claim states Debtor's 2018 Federal Income Taxes are listed as estimated.

5. Debtor has filed the 2018 federal taxes and owes $1,034.00.

6. As detailed above, the priority portion of Claim 2-1 is allowed in the amount of $1,034.00.

7. Debtor respectfully requests this Honorable Court to Sustain Debtor's Objection to Claim 2-1 filed by the IRS.

8. Debtor has filed the instant case in good faith and is in a position to proceed with the Chapter 13 Plan of reorganization.

WHEREFORE, Lance E. Washington, Sr, Debtor, respectfully requests this Honorable Court enter an Order:

1.) The priority portion of Claim 2-1 is allowed in the amount of $1,034.00; and

2.) For any such further relief as this Court deems fair and just.

Respectfully submitted,

___/s/ *Aaron Weinberg*_____
Attorney for the Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625